IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS SUNDQUIST, ) | No. C 06-3387 MMC (PR) |
| Plaintiff, ) | **ORDER GRANTING EXTENSIONS OF TIME** |
| v. ) | |
| GARY PHILP, et al., ) | (Docket Nos. 11 & 14) |
| Defendants. ) | |

On May 23, 2006, plaintiff, a "sexually violent predator" under a civil commitment to Coalinga State Hospital, and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2006, defendants Gary Philp and the County of Humboldt filed a motion for summary judgment. Plaintiff has filed a motion for a "continuance" pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, seeking an extension of time in which to file his opposition. In light of plaintiff's pro se and incarcerated status, plaintiff's request for an extension of time is GRANTED. If plaintiff wishes to file an opposition to the motion for summary judgment, he shall do so within **60 days** of the date this order is filed. Defendants Gary Philp and the County of Humboldt shall file a reply within **14 days** of the date any opposition is filed. As plaintiff will have had 90 days to prepare his opposition, no further extensions of time will be granted.

Also before the Court is defendant Transcor America LLC's ("Transcor") motion to enlarge the time in which to file a dispositive motion. Good cause appearing, defendant Transcor's motion is GRANTED. Transcor shall file a dispositive motion within **30 days** of

the date this order is filed.  Plaintiff's opposition to such motion is due within **30 days** of the date Transcor America's motion is filed, and Transcor America **shall** file a reply within **14 days** of the date any opposition is filed.

    This order terminates Docket Nos. 11 and 14.

    IT IS SO ORDERED.

DATED: January 11, 2007

_____
MAXINE M. CHESNEY
United States District Judge