IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN THOMAS SUNDQUIST,

        Plaintiff,

v.

GARY PHILP, SHERIFF, et al.,

        Defendants.
        _____/

No. CV-06-3387 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Defendants Philp and Humboldt County's motion for summary judgment is hereby GRANTED. (Docket No. 6.)

2. Defendant Transcor's motion to dismiss or, in the alternative, motion for summary judgment, is hereby GRANTED. (Docket No. 18.)

Dated: March 28, 2008

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero
        Deputy Clerk